**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Terrence M. Faust a/k/a Terry Faust a/k/a          **BK NO. 21-01801 MJC**
Terence M. Faust

      Michelle P. Faust                                                        **Chapter 13**

                    **Debtor(s)**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 and index same on the master mailing list.

                    Respectfully submitted,

/s/Rebecca Solarz

Rebecca Solarz
23 Aug 2021, 13:54:42, EDT

                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322

Document ID: 39f40a30ab10d5c2f87f740cb7b25cd3cdc759d113709b1c12db137f84b4e837