UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TERRENCE M. FAUST and      : CHAPTER 13
MICHELLE P. FAUST               :
   Debtor(s)                    :
                                :
JACK N. ZAHAROPOULOS            :
STANDING CHAPTER 13 TRUSTEE     :
   Movant                       :
                                :
   vs.                          :
                                :
TERRENCE M. FAUST and           :
MICHELLE P. FAUST               :
   Respondent(s)                : CASE NO. 5-21-bk-01801


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this   4th   day of October, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

   1.  The Trustee avers that debtor's plan is not feasible based upon the following:

     a.  The plan is underfunded relative to claims to be paid – 100% plan.

      WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a.  Deny confirmation of debtor(s) plan.
     b.  Dismiss or convert debtor(s) case.
     c.  Provide such other relief as is equitable and just.

      Respectfully submitted:



     /s/Jack N. Zaharopoulos
     Standing Chapter 13 Trustee
     8125 Adams Drive, Suite A
     Hummelstown, PA 17036
     (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 6th day of October, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Robert Spielman, Esquire
29 East Main Street, Suite D
Bloomsburg, PA   17815

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee