United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Terrence M Faust  
Michelle P Faust  
    Debtors

Case No. 21-01801-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 05, 2021      Form ID: ntcnfhrg      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terrence M Faust, Michelle P Faust, 220 McIntyre Rd, Catawissa, PA 17820-8509 |
| 5430694 | + | FEDLOAN, POB 60610, HARRISBURG, PA 17106-0610 |
| 5430695 | + | Fifth Third Bank, PO Box 1266, Minneapolis, MN 55440-1266 |
| 5430696 | + | Geisinger Medical Center, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5435476 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5430699 | + | PENN CREDIT, 2800 COMMERCE DRIVE, HARRISBURG, PA 17110-9307 |
| 5430700 | + | Select Portoflio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 5430701 | + | Shellpoint Mortgage Servicing, 75 Beattie Pl #300, Greenville, SC 29601-2138 |
| 5436716 | | U.S. Bank National Association, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5433895 | | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5434415 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5430705 | + | Wells Fargo Auto Finance, PO Box 17900, Denver, CO 80217-0900 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 05 2021 18:53:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5430688 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2021 18:53:50 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5430690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 19:06:00 | CITI/SEARS, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5430691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 19:06:01 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5430692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 19:06:01 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5435785 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2021 18:53:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5430693 | | Email/Text: mrdiscen@discover.com | Oct 05 2021 18:55:00 | DISCOVER FINANCIAL, POB 15316, WILMINGTON, DE 19850 |
| 5432032 | + | Email/Text: mrdiscen@discover.com | Oct 05 2021 18:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5430697 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2021 18:55:00 | Internal Revenue Service, 600 Arch St, Angela Phraner, Philadelphia, PA 19106 |
| 5430689 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 05 2021 18:53:40 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 5430698 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2021 18:55:00 | KOHLS/CAPITAL ONE, PO BOX 3115, |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | MILWAUKEE, WI 53201-3115 |
| 5430702 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 18:53:50 | SYNCHRONY BANK/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 5430703 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 18:53:50 | SYNCHRONY BANK/QVC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5430704 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 18:53:40 | SYNCHRONY BANK/SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5430947 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 18:53:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 bkgroup@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 2 Michelle P Faust bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| Robert Spielman | on behalf of Debtor 1 Terrence M Faust bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terrence M Faust,
 aka Terry Faust, aka Terence M Faust,

Chapter 13

**Debtor 1**

Case No. 5:21−bk−01801−MJC

Michelle P Faust,

**Debtor 2**

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 16, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 23, 2021  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 5, 2021 |

ntcnfhrg (08/21)