**Fill in this information to identify the case:**

Debtor 1 **TERRENCE M FAUST**

Debtor 2 **MICHELLE P FAUST**
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Middle District of Pennsylvania** (State)

Case Number **5:21-BK-01801-MJC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** SELECT PORTFOLIO SERVICING

**Court claim no.** (if known): 04

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 7 4

**Property Address:**

220 MCINTYRE RD
Number Street

CATAWISSA PA 17820
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 18,101.10 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 18,101.10 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 18,101.10 |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Donna Schott
Signature

Date 09/17/2026

Trustee Jack N. Zaharopoulos
First Name Middle Name Last Name

Address 8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566-6097

Email info@pamd13trustee.com

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 06/14/2022 | 2014081 | Disbursement To Creditor/Principal | 38.79 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 07/13/2022 | 2015056 | Disbursement To Creditor/Principal | 1,244.42 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 08/17/2022 | 2016126 | Disbursement To Creditor/Principal | 1,337.10 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 09/13/2022 | 2017128 | Disbursement To Creditor/Principal | 1,337.10 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 10/18/2022 | 2018205 | Disbursement To Creditor/Principal | 1,337.10 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 11/16/2022 | 2019225 | Disbursement To Creditor/Principal | 1,267.59 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 12/13/2022 | 2020187 | Disbursement To Creditor/Principal | 1,267.59 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 01/18/2023 | 2021188 | Disbursement To Creditor/Principal | 1,267.59 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 02/15/2023 | 2022186 | Disbursement To Creditor/Principal | 1,267.59 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 03/15/2023 | 2023183 | Disbursement To Creditor/Principal | 1,267.59 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 04/18/2023 | 2024228 | Disbursement To Creditor/Principal | 2,535.18 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 06/13/2023 | 2026159 | Disbursement To Creditor/Principal | 1,267.59 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 07/11/2023 | 2027077 | Disbursement To Creditor/Principal | 1,319.38 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 08/09/2023 | 2028066 | Disbursement To Creditor/Principal | 1,319.38 |
| 04 | SELECT PORTFOLIO SERVIC | Secured-Residential Mortgage, Pre-Petition Arrea | 09/19/2023 | 2029084 | Disbursement To Creditor/Principal | 27.11 |
| | | | | | Total for Claim Number 04: | 18,101.10 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **18,101.10** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TERRENCE M FAUST<br>MICHELLE P FAUST<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>TERRENCE M FAUST<br>MICHELLE P FAUST<br>Respondents | CHAPTER 13<br><br>CASE NO. 5:21-BK-01801-MJC |

**CERTIFICATE OF SERVICE**

AND NOW, this 17th day of September, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

OFFICE OF THE UNITED STATES TRUSTEE
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

SELECT PORTFOLIO SERVICING
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT 84165

ROBERT SPIELMAN, ESQUIRE
29 EAST MAIN STREET
SUITE D
BLOOMSBURG, PA 17815-1485

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

TERRENCE M FAUST
MICHELLE P FAUST
220 MCINTYRE RD
CATAWISSA, PA 17820

SELECT PORTFOLIO SERVICING
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT 84165

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee