Fill in this information to identify the case:

Debtor1 Terrence M Faust aka Terry Faust aka Terence M Faust

Debtor 2 Michelle P Faust
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
(State)

Case number 5:21-bk-01801-MJC

# Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR CIM TRUST 2025-R1

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 2274

**Property address:** 220 MCINTYRE ROAD
Number Street

CATAWISSA, PA 17820
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $18,101.10

*Check all that apply:*

[X] The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid
as of the date of this response: $___________.

[X] The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _________________.

***Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this Response to Trustee's Notice of Disbursements Made is being filed to ensure the creditor's compliance with Fed. R. Bankr. P. 3002.1.**

**Part 3:** **Postpetition Payments**

*(a) Check all that apply:*

 The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

 The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:

[X] The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i. Date last payment was received on the mortgage: 10/5/2026

ii. Date next postpetition payment from the debtor is due:11/01/2026

iii. Amount of the next postpetition payment that is due: $1,471.15

iv. Unpaid principal balance of the loan: $133,499.57

v. Additional amounts due for any deferred or accrued interest: $510.68

vi. Balance of the escrow account: ($910.81)

vii. Balance of unapplied funds or funds held in a suspense account: $0.00

viii. Total amount of fees, charges, expenses, negative escrow

amounts, or costs remaining unpaid: $910.91 (Negative Escrow)

| Part 4: | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder

■ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Jordan Katz
Signature

Date 10/12/2026

Print Jordan Katz
First Name Middle Name Last Name

Title Authorized Agent

Company Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**Identify the corporate servicer as the company if the authorized agent is a servicer**

Address 130 Clinton Rd #202
Number Street

Fairfield NJ 07004
City State ZIP Code

Contact 470-321-7112

Email jkatz@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Terrence M Faust
220 McIntyre Rd
Catawissa, PA 17820

Michelle P Faust
220 McIntyre Rd
Catawissa, PA 17820

And via electronic mail to:

Robert Spielman
29 E Main St
Bloomsburg, PA 17815-1485

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Benjamin Kornick

Email: bkornick@raslg.com

# Chapter 13 Filed Payment Change Reconciliation

SPS SELECT Portfolio SERVICING, inc.

| | |
|---|---|
| Preparation Date: | 10/09/26 |
| Prepared by: | Shakshi C |

***Loan Information:***

| | |
|---|---|
| Loan Number | X X X X X X 2274 |
| Debtors Name - 1 | TERRENCE FAUST |
| Debtors Name - 2 | MICHELLE FAUST |
| Property Address | 220 MCINTYRE ROAD |
| Property State | PA |

***Bankruptcy Information:***

| | |
|---|---|
| Bankruptcy Case # | 21-01801 |
| Filing Date: | 8/16/2021 |
| Person filing: | Both |
| Number of previous filings: | 1 |

***Post petition due***

| | |
|---|---|
| Post petition due date: | 11/01/26 |
| Post petition $$$ due: | $0.00 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
| | |
| Total Post petition due | **$0.00** |

| Comment |
|---|
| Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |

***Post-Petition Payment History Detail***

| Date Pmnt Rcvd | Post Due Dt | System PMT | Filed PMT | $ Received | Comments |
|---|---|---|---|---|---|
| | | | | | |
| 09/01/21 | 09/01/21 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 09/27/21 | 10/01/21 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 10/29/21 | 11/01/21 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 12/03/21 | 12/01/21 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 01/04/22 | 01/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 02/03/22 | 02/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 03/02/22 | 03/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 04/08/22 | 04/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 05/03/22 | 05/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 06/03/22 | 06/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 07/06/22 | 07/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 08/03/22 | 08/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 09/06/22 | 09/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 10/04/22 | 10/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 11/03/22 | 11/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 12/05/22 | 12/01/22 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 01/04/23 | 01/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 02/01/23 | 02/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 03/02/23 | 03/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 04/04/23 | 04/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 05/04/23 | 05/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 06/02/23 | 06/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 07/05/23 | 07/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 08/04/23 | 08/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 09/05/23 | 09/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 10/03/23 | 10/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 11/01/23 | 11/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 12/05/23 | 12/01/23 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 01/05/24 | 01/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 02/06/24 | 02/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 03/07/24 | 03/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 04/05/24 | 04/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 05/06/24 | 05/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 06/04/24 | 06/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 07/03/24 | 07/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 08/07/24 | 08/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 09/04/24 | 09/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 10/03/24 | 10/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 11/11/24 | 11/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 12/11/24 | 12/01/24 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 01/09/25 | 01/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 02/13/25 | 02/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 03/06/25 | 03/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| [illegible] | 04/01/25 | [illegible] | [illegible] | $1,471.15 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| | | | | | |
|---|---|---|---|---|---|
| 05/13/25 | 05/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 06/17/25 | 06/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 07/11/25 | 07/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 08/18/25 | 08/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 09/16/25 | 09/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 10/16/25 | 10/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 11/18/25 | 11/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 12/17/25 | 12/01/25 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 01/20/26 | 01/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 02/18/26 | 02/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 02/19/26 | 03/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 04/30/26 | 04/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 05/13/26 | 05/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 06/18/26 | 06/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 07/28/26 | 07/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 08/27/26 | 08/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 09/23/26 | 09/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| 10/05/26 | 10/01/26 | $1,471.15 | $1,471.15 | $1,471.15 | |
| **DUE** | 11/01/26 | | $0.00 | 0.00 | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Due | | $91,211.30 | $91,211.30 | | |
| Total Received | | | | $91,211.30 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

SPS SELECT Portfolio SERVICING, inc.

Sign up for paperless delivery at www.spservicing.com

Paperless

**PAYOFF STATEMENT**

Date: October 09, 2026

Requested By:

Account Number: [redacted]

Payment Due Date: November 01, 2026

**This Statement expires on:**
**October 19, 2026**

SPS

Customer Name/Property Address:

TERRENCE M FAUST
MICHELLE P FAUST
220 MCINTYRE ROAD
CATAWISSA, PA 17820

**THE FOLLOWING AMOUNTS ARE SUBJECT TO FINAL VERIFICATION BASED ON THE RECEIPT OF FUNDS**

| **ITEMIZATION** | | |
|---|---|---|
| Unpaid Principal Balance | $ | 133,499.57 |
| Interest Calculated to October 19, 2026 | $ | 510.68 |
| Escrow/Impound Advance Balance | $ | 910.81 |
| **Total Amounts Due Under your Note and Mortgage** | **$** | **134,921.06** |
| Per Diem Daily Interest | | $ 28.37 |
| **TOTAL AMOUNT DUE** | **$** | **134,921.06** |

**ESTIMATED ESCROW DISBURSEMENTS**

The above escrow disbursements are scheduled to occur during the period covered by this Payoff Quote. These amounts **are included** in the above Escrow/Impound Advance Balance (and Total Amount Due) because the disbursement of these funds will impact the required payoff amount. Please contact SPS if you would like to have these disbursements stopped or delayed. Please note that any penalties or interest that may be incurred due to not paying taxes timely would become the responsibility of the customer.

Please contact SPS if you have any question or need an updated Payoff Quote.

XP111

**IMPORTANT INFORMATION REGARDING THE ACCOUNT PAYOFF:**

1) **Clearance of Funds:** The Payoff Statement assumes that payments made on your account have cleared your financial institution. If a payment you made is returned, you are still responsible to pay that amount, even though we accept the amount of your payoff. Payments received within thirty (30) days of the payoff application are subject to clearance by your financial Institution.

2) **Final Verification:** The amounts set forth in this Payoff Statement are subject to final verification.

3) **Expiration:** This Payoff Statement expires and is void after October 19, 2026. You must obtain an updated WRITTEN statement from us if you want to pay off your account after the expiration date. Please allow up to five (5) business days for us to provide you with an updated Payoff Statement (unless state law requires a shorter timeframe).

4) **Prepayment Penalty:** If your mortgage documents indicate a prepayment fee on your account, it is included as part of the total amounts due for payoff. If the prepayment fee should be waived, supporting documentation (e.g., final HUD1, grant deed, warranty deed, prepayment rider) must be faxed to (801) 269-4269 prior to the receipt of your payoff funds. Upon receipt, the documents will be reviewed for final determination of waiving the prepayment fee. If you have any questions about the prepayment fee, please contact us at (800) 258-8602.

5) **Foreclosure / Bankruptcy:** If the account is currently subject to a pending foreclosure or bankruptcy action, the attorney fees and costs for services rendered that have been incurred with respect to this pending action have been included in the outstanding amounts due. Legal actions may continue after the date of this letter, and if so, will result in additional attorney fees and costs. An estimate of those amounts to be incurred between the date of this quote and the good through date are included. In the event that upon completion of the related legal work the actual legal fees and costs charged by the attorney to SPS are less than the estimates provided by the attorney in this quote, SPS will apply such overage to any other amounts due and owing. If there are no amounts due, SPS will refund such overage directly to the customer.

6) **Non-Sufficient Funds:** If the amounts received are not sufficient to pay the account in full, we will return the payoff funds. Interest will continue to accrue at the daily (per diem) amount shown on the Payoff Statement and late charges may be incurred until sufficient funds are received to pay the account in full. To avoid non-sufficient funds, please confirm the actual payoff amount by calling (800) 258-8602. A satisfaction/release of mortgage will not be recorded until all amounts due under your mortgage documents are received, unless applicable law requires otherwise.

7) **Scheduled Payments:** Do not cancel or stop payment on any of your regularly scheduled monthly payments. **Issuance of this Payoff Statement does not suspend your obligation to make your monthly payments under your mortgage documents.** You must continue to make your monthly

payments, when due, up until the time your account is paid in full. If the last regular monthly payment you sent to us is returned for insufficient funds, is dishonored due to a stop payment order, or payment is not made for any other reason, the amount required to payoff your account may be higher than shown in this Payoff Statement.

8) **Remittance of Funds:** Payoff amounts must be remitted in U.S. Dollars by money wire, certified or cashier's check, title company check or an attorney's trustee check. No personal or unofficial checks will be accepted. A copy of the Payoff Statement must accompany your payoff check. No deliveries should be made on Saturday, Sunday or legal holidays. Payoff funds received after 12 p.m. Noon Eastern Time will be processed the following business day.

**PLEASE REMIT FUNDS TO THE FOLLOWING:**

| Wiring Instructions | Mailing Instructions |
|---|---|
| Select Portfolio Servicing, Inc.<br>Salt Lake City, Utah<br>Attn: PAYOFF DEPARTMENT<br>Routing/ABA # [redacted]<br>Account # [redacted]<br>Wire Retaining<br>For Credit to: [redacted] | Select Portfolio Servicing, Inc.<br>Attn: PAYOFF DEPARTMENT<br>PO BOX 65450<br>Salt Lake City, UT 84165<br><br>Overnight Address:<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119 |

9) **Regularly Scheduled Payments:** If you fail to make your regularly scheduled monthly mortgage payments within the timeframe stated on your monthly statement, the late charge disclosed on your monthly statement will be added to the payoff total. If your monthly payment is received, but is returned unpaid by your bank, a fee will be added to the payoff total to the extent permitted by applicable law.

10) **Automated Payments:** If your monthly payments are automatically deducted from your banking account, these payments will continue to be withdrawn until the account is paid in full, or unless we receive verbal or written cancellation instructions in our office no later than three (3) business days prior to the payment due date.

11) **Per Diem Daily Interest:** The Per Diem Daily Interest is the daily interest that will accrue after the effective date of this Payoff Statement, with the assumption that monthly payments are made as anticipated under the Note and Security Instrument. If payments are not made as anticipated under the Note and Security Instrument, the Per Diem Daily Interest may change, and may be higher or lower than stated above. If you have any questions regarding the outstanding amounts or the Per Diem Daily Interest outstanding, please contact Select Portfolio Servicing, Inc. for an updated amount.

12) **Escrow Account:** If you have an escrow account with us, issuance of this Payoff Statement does not alter our responsibility to pay taxes and insurance from the escrow account. If a bill for these items is received prior to the receipt of payoff funds, we will pay them from the escrow account. Select

Portfolio Servicing, Inc. is not responsible for private agreements between the mortgagor and a third party with regard to the disbursement of escrow funds. If funds have accumulated in the escrow account, and if we have been required to pay interest on such funds as provided by state law, interest will be paid to the date the escrow closes. Any deficiencies in the escrow account will be collected at payoff. Any excess funds in the escrow account will be refunded approximately fourteen (14) business days after the payoff is complete. If lender placed insurance has been charged to the escrow account prior to payoff, the full amount will be required to pay off the account. If appropriate evidence of insurance is received, the applicable refund will be issued to the mortgagee of record within four to six weeks. Any escrow balance will be refunded after payoff, provided the last payment applied to the account has cleared the institution on which it was drawn.

13) **Forwarding Address:** Please provide the proper forwarding address to ensure receipt of applicable escrow refunds, cancelled documents, and annual tax/interest statements. If a forwarding address is not provided, all correspondence will be mailed to the customer's last known address.

14) **Release/Satisfaction of Mortgage:** Upon receipt of the timely payment of the required payoff amount, SPS will prepare and send for recording a lien release in full satisfaction of the mortgage on the above referenced property in accordance with timelines established by state law, foregoing all rights to personal liability or deficiency judgment.

15) **Questions?** If you have any questions, please contact our Customer Service Department. Our toll-free number is (800) 258-8602, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero (800) 831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

**New York City – Collection Agency License** [redacted]

XP111