United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Terrence M Faust
Michelle P Faust
Debtors

Case No. 21-01801-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 3
Date Rcvd: Oct 08, 2026 Form ID: 3180W Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |
| > | Recipients marked '>' were noticed on Oct 10, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | Terrence M Faust, Michelle P Faust, 220 McIntyre Rd, Catawissa, PA 17820-8509 |
| >5430694 | + | FEDLOAN, POB 60610, HARRISBURG, PA 17106-0610 |
| @5430695 | + | Fifth Third Bank, PO Box 1266, Minneapolis, MN 55440-1266 |
| @5430696 | + | Geisinger Medical Center, 100 N Academy Ave, Danville, PA 17822-0001 |
| @5430700 | + | Select Portoflio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 08 2026 22:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5430688 | + | EDI: CAPITALONE.COM | Oct 08 2026 22:51:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5430689 | + | EDI: JPMORGANCHASE | Oct 08 2026 22:51:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5430690 | + | EDI: CITICORP | Oct 08 2026 22:51:00 | CITI/SEARS, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5430691 | + | EDI: CITICORP | Oct 08 2026 22:51:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5430692 | + | EDI: CITICORP | Oct 08 2026 22:51:00 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5435785 | | EDI: CAPITALONE.COM | Oct 08 2026 22:51:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5441482 | | EDI: CITICORP | Oct 08 2026 22:51:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5430693 | | EDI: DISCOVER | Oct 08 2026 22:51:00 | DISCOVER FINANCIAL, POB 15316, WILMINGTON, DE 19850 |
| 5432032 | + | EDI: DISCOVER | Oct 08 2026 22:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5430697 | | EDI: IRS.COM | Oct 08 2026 22:51:00 | Internal Revenue Service, 600 Arch St, Angela Phraner, Philadelphia, PA 19106 |
| 5435476 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 08 2026 18:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5430698 | + | EDI: CAPITALONE.COM | Oct 08 2026 22:51:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5441118 | ^ | MEBN | Oct 08 2026 18:53:37 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5441139 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2026 19:06:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5430699 | | Email/Text: bankruptcies@penncredit.com | Oct 08 2026 18:58:00 | PENN CREDIT, 2800 COMMERCE DRIVE, HARRISBURG, PA 17110 |
| 5441406 | | EDI: PRA.COM | Oct 08 2026 22:51:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5430702 | + | EDI: SYNC | Oct 08 2026 22:51:00 | SYNCHRONY BANK/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 5430703 | + | EDI: SYNC | Oct 08 2026 22:51:00 | SYNCHRONY BANK/QVC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5430704 | + | EDI: SYNC | Oct 08 2026 22:51:00 | SYNCHRONY BANK/SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5430701 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 08 2026 18:58:00 | Shellpoint Mortgage Servicing, 75 Beattie Pl #300, Greenville, SC 29601-2138 |
| 5430947 | + | EDI: AISACG.COM | Oct 08 2026 22:51:00 | Synchrony Bank by AIS InfoSource, LP, as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5436716 | | Email/Text: mtgbk@shellpointmtg.com | Oct 08 2026 18:58:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5433895 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 08 2026 18:59:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5434415 | ^ | MEBN | Oct 08 2026 18:53:43 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5523685 | + | Email/Text: EBN@edfinancial.com | Oct 08 2026 18:58:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5430705 | + | EDI: WFAUTO | Oct 08 2026 22:51:00 | Wells Fargo Auto Finance, PO Box 17900, Denver, CO 80217-0900 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5439742 | *+ | Synchrony Bank by AIS InfoSource, LP, as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 bkgroup@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 1 Terrence M Faust bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| Robert Spielman | on behalf of Debtor 2 Michelle P Faust bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terrence M Faust<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8937 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michelle P Faust<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2361 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:21–bk–01801–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terrence M Faust
aka Terry Faust, aka Terence M Faust

Michelle P Faust

**By the court:**

10/8/26

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**