**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Terrence M. Faust a/k/a Terry Faust a/k/a Terence M. Faust<br>Michelle P. Faust<br>                            **Debtor(s)** | BK NO. 21-01801 MJC<br><br>Chapter 13<br><br>Related to Claim No. 4-1 |
| U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1<br>                            **Movant**<br>               vs. | |
| Terrence M. Faust a/k/a Terry Faust a/k/a Terence M. Faust<br>Michelle P. Faust<br>                            **Debtor(s)** | |
| Jack N. Zaharopoulos,<br>                            **Trustee** | |

**CERTIFICATE OF SERVICE**
**NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 26, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Terrence M. Faust a/k/a Terry Faust a/k/a Terence M. Faust
220 Mcintyre Road
Catawissa, PA 17820

Michelle P. Faust
220 McIntyre Road
Catawissa, PA 17820

<u>Attorney for Debtor(s)</u>
Robert Spielman, Esq.
29 East Main Street (VIA ECF)
Bloomsburg, PA 17815-1485

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 26, 2021</u>

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com